# UNITED STATES DISTRICT COURT
## District of Minnesota

Donna Hunt, on behalf of herself and all others
similarly situated

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number:  18-cv-277 (PJS/BRT)

EquityExperts.org, LLC,

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **FRCP 68. Offer of Judgment.**  Upon the filing of the FRCP 68 Offer of Judgment on 4/3/2019 and Plaintiffs' acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff Donna Hunt against Defendant EquityExperts.org, LLC in the amount of $10,000.00.

4/4/2019

Date

KATE M. FOGARTY, CLERK

Jennifer Beck

(By):  Jennifer Beck, Deputy Clerk